FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  JUN 17 PM 5: 26
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-62-TJC-MCR
    21 U.S.C. § 846

DAVID GUERRA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about mid 2014 through in or about April 2017, in the Middle District of Florida, Texas and elsewhere, the defendant,

DAVID GUERRA

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to distribute a controlled substance, which violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

*Douglas Riegert-Johnsen*
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *Julie Hackenberry*
JULIE HACKENBERRY
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
6/16/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DAVID GUERRA

INDICTMENT

Violations: 21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 17th day

of June, 2021.

_____
Clerk

Bail $_____

GPO 863 525